IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL PAUL GRADNEY,

    Petitioner,

v.

RICHARD IVES, Warden, FCI Sheridan,

    Respondent.
_____

Case No. 3:18-cv-00490-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark Clarke filed a Findings and Recommendation (#12), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo. United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#12) is adopted. Gradney's Petition FOR Writ of Habeas Corpus (#1) is GRANTED. Petitioner's criminal judgment is VACATED and the case is remanded to the United States District Court for the Western District of Washington for resentencing.

IT IS SO ORDERED.

    DATED this 17th day of May, 2019.

                                                   _____/s/ Michael J. McShane_____
                                                       Michael McShane
                                                   United States District Judge